## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

|  |  |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:09-cv-00204-CEJ |
| MARK T. TURKCAN, | ) ) ) |
| Defendant. | ) ) |

### FINAL JUDGMENT AS TO MARK T. TURKCAN

1.     On July 9, 2009, the Court entered an order of permanent injunction against Defendant Mark T. Turkcan ("Defendant") ("Order of Permanent Injunction") [Docket No. 14] that, *inter alia*: permanently enjoined Defendant from violating sections of the Securities Exchange Act of 1934 (the "Exchange Act") and the Securities Act of 1933 ("Securities Act") and certain rules promulgated thereunder; permanently enjoined Defendant from serving as an officer or director of any issuer that has a class of securities registered pursuant to Section 12 of the Exchange Act [15 U.S.C. § 78l] or that is required to file reports pursuant to Section 15(d) of the Exchange Act [15 U.S.C. § 78o(d)]; and provided that the Commission could move for disgorgement of ill-gotten gains, prejudgment interest thereon, and/or civil penalties, in amounts to be determined by the Court at a hearing to be held upon motion of the Commission.

2.     Since the Court entered the Order of Permanent Injunction, the Commission has elected to dismiss any claims for disgorgement, prejudgment interest thereon, and/or civil penalties against Defendant provided for in Section X of that Order.

3.     Accordingly, the Court enters final judgment in the present matter, which includes and incorporates herein the relief previously imposed in the Order of Permanent Injunction [Docket No. 14], and dismisses the Commission's claims for disgorgement, prejudgment interest thereon, and/or civil penalties against Defendant provided for in Section X of the Order of Permanent Injunction.

4.     Each party shall bear its own costs in this matter.

5.     The Court retains jurisdiction of this matter for the purposes of enforcing the terms of this Order and the Order of Permanent Injunction.

CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated: September 29, 2009

2